IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 13-23-CB-N ) |
| OLIVE CARTEE, as Representative of the Estate of Blake Cartee, deceased, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff has filed a Motion to Obtain Permission to Seek Blake Cartee's and Jacob Cartee's Juvenile Court Records (doc. 38). The motion cites Alabama Code §12-15-133, which provides:

> Upon determining a legitimate need for access, and subject to applicable federal law, the juvenile court may also grant access to specific records, report's and information to another person, department, entity, or agency. The determination of legitimate need by the juvenile court shall be based upon a written request filed with the juvenile court stating the following:
>
> (1) The reason the person, department, entity, or agency is requesting the information;
> (2) The use to be made of the information;
> (3) The names of the persons or entities that will have access to the information.

Plaintiff's motion does not indicate upon what basis plaintiff seeks the involvement of this court in the process created by the statute. The language of the statute specifies that the juvenile court has the authority to consider such a request; there is no provision for the involvement of any other court in that process. The "permission"

of this court is not a statutory requirement of making a request to the juvenile court under this section.

Accordingly, it is hereby ORDERED that plaintiff's Motion to Obtain Permission, etc., is DENIED.

DONE this the 31st day of May, 2013.

/s/ Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE